UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number:  1:17-cv-23149-DPG

ANDRES GOMEZ,

    Plaintiff,

vs.

JESSIE TRICE COMMUNITY HEALTH SYSTEM, INC.

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Andres Gomez, and Defendant, Jessie Trice Community Health System, Inc., hereby give notice that the Parties have reached a resolution and will be executing a confidential settlement agreement resolving all claims and matters in this case. The Parties respectfully request forty-five (45) days to file a stipulation of dismissal with this Court.

Dated:

| | |
|---|---|
| *s/ Scott R. Dinin* | Jennise Acosta, Esq. |
| Scott R. Dinin, Esq. | QUINTAIROS, PRIETO, |
| Scott R. Dinin, P.A. |    WOOD & BOYER, P.A. |
| 4200 NW 7th Avenue | 9300 South Dadeland Boulevard, 4th Floor |
| Miami, FL 33127 | Miami, Florida 33156 |
| Tel: (786) 431.1333 | Tel: (305) 670-1101 |
| Fax: (786) 513-7700 | Fax: (305) 670-1161 |
| E-mail:  inbox@dininlaw.com | Email: jennise.acosta@qpwblaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1