UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number:  1:17-cv-23149-DPG

ANDRES GOMEZ,

    Plaintiff,

vs.

JESSIE TRICE COMMUNITY HEALTH SYSTEM, INC.

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

Dated this 7th day of March, 2018.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Jennise Acosta* |
| Scott R. Dinin, Esq. | Jennise Acosta, Esq. |
| SCOTT R. DININ, P.A. | QUINTAIROS, PRIETO, |
| 4200 NW 7th Avenue |     WOOD & BOYER, P.A. |
| Miami, Florida 33127 | 9300 South Dadeland Boulevard, 4th Floor |
| Tel: (786) 431-1333 | Miami, Florida 33156 |
| Fax: (786) 513-7700 | Tel: (305) 670-1101 |
| E-mail: inbox@dininlaw.com | Fax: (305) 670-1161 |
| *Counsel for Plaintiff* | Email: jennise.acosta@qpwblaw.com |
| | *Counsel for Defendant* |